PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| | ☑ FILED ☐ RECEIVED ☐ ENTERED ☐ SERVED ON<br><br>MAR 19 2026<br><br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ AMMi DEPUTY |

DOCKET NUMBER *(Transferring Court)*
CR-21-01388-001-TUC-JAS (EJM)

DOCKET NUMBER *(Receiving.Court)*
2:26-cr-00038-APG-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|
| Latryce Marie Reid-Pitre | NAME OF SENTENCING JUDGE<br>James A. Soto<br>Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>9/13/2024 | TO<br>9/12/2027 |

OFFENSE
Importation of Fentanyl; Importation of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Probation Office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Latryce Marie Reid-Pitre, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 12, 2026
_____
Date

_____
James A. Soto
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 20, 2026
_____
Effective Date

_____
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Latryce Marie Reid-Pitre

District of Arizona Case Number: 4:21CR01388

REQUEST FOR ACCEPTANCE OF JURISDICTION

March 19, 2026

TO:    United States District Judge

On February 28, 2023, the Honorable James A. Soto, Senior United States District Judge, District of Arizona, sentenced Ms. Reid-Pitre to 21 months imprisonment, followed by three years of supervised release for committing the offenses of Importation of Fentanyl and Importation of Methamphetamine.  On September 13, 2024, Ms. Reid-Pitre commenced supervision in the District of Nevada.

On March 12, 2026, the Honorable James A. Soto signed the Probation 22 form agreeing to transfer jurisdiction of Ms. Reid-Pitre's case to the District of Nevada.  As Ms. Reid-Pitre does not intend to return to the District of Arizona, the undersigned officer respectfully requests that the District of Nevada accept jurisdiction of the case.  Should the Court agree with this request, the Probation 22 form is attached for Your Honor's signature.

Please contact the undersigned officer at tawni_salem@nvp.uscourts.gov or 702-278-8528 with any questions or concerns.

Approved:

Digitally signed by
Donnette Johnson
Date: 2026.03.19 12:19:42
-07'00'

Donnette Johnson
Supervisory United States Probation Officer

Respectfully submitted,

Digitally signed by Tawni
Salem
Date: 2026.03.19 13:15:18
-07'00'

Tawni Salem
Senior United States Probation Officer